UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



KOU LEE, Sui Juris
1835 E. Edgewood Dr. #105
Appleton, WI 54913
715-889-4026
kouster645@hotmail.com

Plaintiff,

v.

DOBBERSTEIN LAW FIRM, LLC
P.O. Box 470
Brookfield, WI 53008-0470

MEGHAN P. MACKELLY, Attorney
225 S. Executive Drive, Suite 201
Brookfield, WI 53005

BCG EQUITIES, LLC
c/o Cynthia A. Duppler, Registered Agent
225 S. Executive Drive, Suite 201
Brookfield, WI 53005

ERIC R. HEYWOOD, Court Commissioner
Winnebago County Courthouse
415 Jackson Street
Oshkosh, WI 54901

BRYAN D. KEBERLEIN, Judge
Winnebago County Courthouse
415 Jackson Street
Oshkosh, WI 54901

Defendants.

Case No. To Be Assigned: _____

# COMPLAINT

## INTRODUCTION

This civil action seeks damages, declaratory, and injunctive relief for violations of Plaintiff's constitutional rights under the 14th Amendment and 42 U.S.C. § 1983, Wisconsin Open Records Law (Wis. Stat. §§ 19.31–19.39), Wisconsin service of process statutes (Wis. Stat. § 801.11), and the Fair Debt Collection Practices Act (FDCPA) (15 U.S.C. § 1692 et seq.).

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343(a)(3) and supplemental jurisdiction under 28 U.S.C. § 1367.
2. Venue is proper under 28 U.S.C. § 1391 as the events occurred within this District.

## PARTIES

3. Plaintiff Kou Lee is a living man and real party in interest, residing in Appleton, Wisconsin.
4. Defendant Dobberstein Law Firm, LLC is a Wisconsin law firm engaged in litigation and debt collection.
5. Defendant Meghan P. MacKelly is an attorney affiliated with Dobberstein Law Firm, LLC.
6. Defendant BCG Equities, LLC is a debt collection entity, with registered agent Cynthia A. Duppler at the Brookfield address above.
7. Defendant Eric R. Heywood is a Court Commissioner of Winnebago County Circuit Court.
8. Defendant Bryan D. Keberlein is a Judge of Winnebago County Circuit Court.

## FACTUAL ALLEGATIONS

9. On September 22, 2020, Case No. 2020SC002023 was initiated in Winnebago County Circuit Court before Judge Keberlein.
10. Plaintiff was never provided with a Show Cause Order or hearing notice at his correct mailing address.
11. Defendants proceeded without valid service of process.
12. On March 18, 2025, Defendant Heywood entered a final order without jurisdiction, notice, or an opportunity for Plaintiff to be heard.
13. On July 16, 2025, Plaintiff sent a notarized FOIA/Public Records Request to Attorney MacKelly and Dobberstein Law Firm by certified mail.
14. Delivery was confirmed on August 5, 2025. No response was provided.
15. On July 16, 2025 and July 29, 2025, notices of non-service were recorded, confirming Plaintiff was never properly served in this matter.
16. Defendants Dobberstein Law Firm, MacKelly, and BCG Equities, acting jointly with Heywood and Keberlein, deprived Plaintiff of rights under color of law.
17. These acts were willful, malicious, and continuous from 2020 to 2025.

## CLAIMS FOR RELIEF

COUNT I – 42 U.S.C. § 1983 (Due Process Violations)
Against all Defendants.

COUNT II – Wisconsin Open Records Law Violations
Against Dobberstein Law Firm and MacKelly.

COUNT III – Void Judgment for Lack of Service
Against all Defendants under Wis. Stat. § 801.11.

COUNT IV – FDCPA Violations
Against Dobberstein Law Firm, MacKelly, and BCG Equities.

## PRAYER FOR RELIEF

Plaintiff demands:
A. Compensatory damages of $500,000 per Defendant ($2,500,000 total).
B. Punitive damages to be determined at trial.
C. Declaratory judgment voiding the March 18, 2025 order.
D. Injunctive relief compelling production of records and halting enforcement actions.
E. Costs and fees.
F. All other relief the Court deems just.

Respectfully submitted,

KOU LEE, Sui Juris
1835 E. Edgewood Dr. #105
Appleton, WI 54913
715-889-4026
kouster645@hotmail.com

Date: 8-18-2025

Signature: *By [signature] without prejudice*